UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FISHBELLY INTERNATIONAL, INC.,

                        Plaintiff,

                                                  <u>DECISION AND ORDER</u>
                                                  12-CV-6014L

                    v.

STEPHEN PHILLIPS,
PALADIN MANUFACTURING LTD.,

                       Defendants.
_____

By order entered August 30, 2012 (Dkt. #13), this Court granted plaintiff's counsel's motion to withdraw as attorney of record. That order provided sixty (60) days within which plaintiff would obtain new counsel. To date, there has been no appearance of counsel and no further action has occurred.

Therefore, this case is dismissed without prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
        January 24, 2013.